

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ROSS GENTRY CLARKE, | § | No. 08-23-00016-CV |
|---|---|---|
| Appellant, | § | Appeal from |
| v. | § | 73rd Judicial District Court |
| REXANN PASSMORE CLARKE, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2019-CI-07923) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the fraud findings of the court below in the amounts of $89,766.02 and $44,152.49. We overrule Appellant's other challenges and remand for the trial court to make a division of the estate consistent with our opinion. We further order that each party shall bear one-half (1/2) of the costs of appeal, for which let execution issue. *See* TEX. R. APP. P. 43.4. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JANUARY 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.